*Francisco Espada*
Name and Prisoner/Booking Number

*Tower Jail*
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

THIS DOCUMENT IS <u>NOT</u> IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCivP 3.4_
(Rule Number/Section)

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

MAR 09 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

*Francisco Espada JR*
(Full Name of Plaintiff)

Plaintiff,

v.

(1) *Phoenix Police Department*
(Full Name of Defendant)

(2) *Phoenix Police Department*

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | **CV23-00415-PHX-SMB--ESW**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: *Phoenix, Arizona*

3.

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: _Phoenix Police Department_   The first Defendant is employed
as: _Police Officer_ at _____.
               (Position and Title)                              (Institution)

2.   Name of second Defendant: _Phoenix Police Department_  The second Defendant is employed as:
as: _Police Officer_ at _____.
               (Position and Title)                              (Institution)

3.   Name of third Defendant: _____.   The third Defendant is employed
as: _____ at _____.
               (Position and Title)                              (Institution)

4.   Name of fourth Defendant: _____.   The fourth Defendant is employed
as: _____ at _____.
               (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?          ☒Yes          ☐No

2.   If yes, how many lawsuits have you filed?_____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Yes_

   b.  Second prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _Yes_

   c.  Third prior lawsuit:
      1.   Parties:_____ v. _____
      2.   Court and case number:_____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) _yes_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.   CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _4th_

2. **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☑ Basic necessities     ☐ Mail     ☐ Access to the court     ☑ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☑ Retaliation
☐ Excessive force by an officer     ☑ Threat to safety     ☐ Other: _inharressment_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The year 2022 at this Location. 2770 E
Van buren street Phoenix, Arizona 85008 Community Bridges
Central City.
    Two phoenix police officers who's name is unknown
at this time Came to this Location And assaulted
me, Their was atleast four to five staff
members from Community bridges That witnessed
the assault. Their should be a nine one one Call
that day The officer asked me if I was on the
phone with nine one one, I said no and thats when
They started to assault me. Here is my
phone number from that day of the incident
(480) 231-0579   I would like a Grand Jury Trial

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

Head and shoulder face injurys
back also Knee's

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☑ No
   b. Did you submit a request for administrative relief on Count I?     ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _not sure affriad for my safety_

## COUNT II

1. State the constitutional or other federal civil right that was violated: _4th_

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.

☑ Basic necessities  ☐ Mail  ☐ Access to the court  ☑ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☑ Retaliation
☐ Excessive force by an officer  ☑ Threat to safety  ☐ Other: _Imbarrassment_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Same as Count one, But this officer Just acted no questions_

_I Would like a grand Jury Trial_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_Same as Count one_

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   2. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☑ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☑ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _not sure affraid for my safety_

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____
_____

2.    **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

    ☐ Basic necessities        ☐ Mail        ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
    1.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2.   Did you submit a request for administrative relief on Count III?    ☐ Yes    ☐ No
    3.   Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☐ No
    4.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.   REQUEST FOR RELIEF

State the relief you are seeking: *Two point five million dollars*

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2 | 8 | 2023_____                    _____
                           DATE                                              SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney˜s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.